IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EVAN JOHNSON AND
SONS CONSTRUCTION, INC.            PLAINTIFF

VS.            CIVIL ACTION NO. 3:03-CV-74WHB-AGN

A.D.S., L.L.C., ET AL.            DEFENDANTS

### ORDER OF DISMISSAL

This cause is before the Court *sua sponte* for dismissal. The parties agreed to arbitrate the subject claims on September 3, 2003, and nothing further has been filed.

IT IS THEREFORE ORDERED that this matter be dismissed without prejudice.

SO ORDERED this the 29th day of December, 2005.

           s/William H. Barbour, Jr.
           UNITED STATES DISTRICT JUDGE